No. 90–8171. MARTIN v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 90–8173. HOLSEY v. SMITH. C. A. 4th Cir. Certiorari denied.

No. 90–8174. GODFREE v. FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 90–8176. RAEL v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 90–8177. BRUCHHAUSEN v. CLARK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–8179. MILLSON v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90–8180. LEPISCOPO v. TANSY, WARDEN. Dist. Ct. N. M., 1st Jud. Dist. Certiorari denied.

No. 90–8181. HELZER v. LAMBLE. Ct. App. Mich. Certiorari denied.

No. 90–8183. LOCKHART v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–8185. SINDRAM v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 90–8186. BYNUM, AKA MARTIN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–8187. FRIGARD v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 90–8188. PLAIR v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 90–8189. HUGHES v. KERBY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 90–8190. HAYNES v. ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.